United States District Court
Southern District of Texas
**ENTERED**
November 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | NO. 5:11-CR-1070 |
| STERLING C. DAVIS | § | |

## ORDER

On this day came to be considered Sterling C. Davis' *Unopposed Motion for Extension of Time to file Pre-Trial Motions* and after consideration of the same, the Court is of the opinion that the same should be, and is:

✓ GRANTED; The Court hereby ORDERS that the Defendant's deadline to file pre-trial motions be extended until _November 17_, 2016.

~~DENIED~~

SIGNED ON THIS __7th__ day of __November__ 2016, in Laredo, Texas.

_____
JUDGE PRESIDING
J. Scott Hacker
U.S. Magistrate Judge